KALIMAN SARKAM

4420 LEXINGTON AVENUE #1

LOS ANGELES, CA 90029

(213) 840-5967

**FILED**
CLERK, U.S. DISTRICT COURT

11/25/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RM _____ DEPUTY

I/S 21

LODGED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

-CBM(MANx)

| | | |
|---|---|---|
| KALIMAN SARKAM | ) | Case No. CV13-8432 (COUH/ |
| | ) | |
| Plaintiff, | ) | **COMPLAINT FOR:** |
| | ) | |
| VS. | ) | FAIR DEBT COLLECTION |
| | ) | |
| CLIENT SERVICES INC. | ) | FAIR CREDIT |
| | ) | REPORTING ACT |
| | ) | |
| | ) | ROSENTHAL ACT |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Jury Trial Demanded:** Yes |
| DEFENDANT(S). | ) | |
| | ) | |

## I. JURISDICTION

1.  This Court has jurisdiction under:  15 U.S.C. sec. 1692 k (d), 15 U.S.C.

sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## II.   VENUE

2.  Venue is proper pursuant to:  28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III.   PARTIES

3.  Plaintiff's name is: Kaliman Sarkam Plaintiff resided at: 1316 Tamarind Ave. #2  Los Angeles, California 90028. Is a consumer within the  meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C.§ 1681 a (c).

4.  Defendant: Clients Services Inc. is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

2

# IV.  STATEMENT OF FACTS

5.  Comes now Kaliman Sarkam who does hereby file this complaint for damages of 15 U.S.C. sec. 1692, et seq. (FDCPA) and the California Rosenthal Act, Civil Code sec. 1788 et seq. 15 U.S.C. sec. 1681 et seq. (FCRA) based upon defendant(s) violations of the Fair Debt Collection Practices Act, Rosenthal Act and Fair Credit Reporting Act.

6.  Plaintiff obtained his consumer reports from the three major credit reporting agencies and found entries by entities that he was unfamiliar with in the report. Plaintiff found after examination of his Transunion consumer credit reports that defendant Client Services Inc. had obtained Plaintiff consumer credit reports on July 10, 2012 and has continuously reported to date.

7.  Experian, Transunion, Equifax, is a credit reporting agency within the meaning FCRA 15 U.S.C. 1681a (f).

8.  Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. sec. 1681a (d).

9.  The FCRA 15 U.S.C. sec. 1681b defines the permissible purposes for

which a person may obtain a consumer credit report. As to the Defendant first

inquiry pull, the Plaintiff is/ was not at any given time involved in the any

related underlying credit transaction. Plaintiff has not at any given time initiated

the any transaction, nor has Plaintiff participated in the any transaction in writing

or otherwise.

10. Defendants regularly engaged as furnishers of consumers Transunion,

credit file, such permissible purposes as defined by 15

U.S.C. § 1681b are generally if the consumer makes application for credit, makes

application for employment, for underwriting of insurance involving the

consumer, or is offered a bonafide offer of credit as a result of the inquiry.

11. Plaintiff has never had any business dealings or any accounts with made

application for credit from, made application for employment with, applied for

insurance from or received a bonafide offer of credit from the defendant that

constitute a any contract

12.   On July 10, 2012 Defendant Clients Services Inc.

obtained the plaintiff consumer credit reports without consent in violation of

the FCRA 15 U.S.C. sec. 1681b. Defendant failure to conduct an investigation

properly of the August 25, 2012 dispute from the Transunion credit Bureau and

take any remedial actions of the September 21, 2012 reinvestigation procedure

4

under § 1681s-2(b) after notification of Plaintiff dispute; Said actions by

defendant holds liable in favor to Plaintiff reward/relief damages as a matter of

law plaintiff  Transunion, record thereby reducing plaintiff credit score, and loss

of  societal pleasures.

13. On August 28, 2012, January 25, 2013, and November 12, 2013 Plaintiff

sent via United States Postal Service Certified Mail a letter requesting formal

debt validation/ illegal inquiry pull. This was in an effort to

mitigate damages in obtaining Plaintiff's credit report before taking civil action

in accordance with (FDCPA) 15 U.S.C. sec. 1692g,.  Plaintiff notice

included defendants violations of the (FCRA)15 U.S.C. sec. 1681b. A

14.  On October 15, 2012 Plaintiff has received  no correspondence to

said notices sent to Defendant. The actions of the Defendant obtaining consumer

credit report without validation for permissible purposes or contract bearing

signature between defendant and plaintiff consent, are clear and willful

violations of FCRA, 15 U.S.C.§ 1681b and an illegal practices against

Plaintiff's right to privacy.

15.  Plaintiff disputed with (3) credit reporting agency's from the month of

August and September 2012. Defendant at no time has communicated with

Plaintiff what justification they may have had by obtaining Plaintiff credit profile. Plaintiff have given ample opportunity for Defendant to justify their action, the August 25, 2012 sent letter the January 25, 2013 second notice and November 12, 2013 letter upon 10 day response. Defendant has failed to respond to said notice.

16. Plaintiff discovery of violations brought forth herein occurred in August 2012 and are within the statute of limitations as defined in the FCRA, 15 U.S.C. sec.1681p FDCPA 15 U.S.C. sec. 1692k (d).

## V.  CAUSES OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** Clients Services Inc.

17. Plaintiff re-alleges and incorporates paragraphs 5-16. Plaintiff is a Consumer within the meaning of the FDCPA 15 U.S.C. sec. 1692a(3) Clients Services Inc. are debt collectors within the meaning of FDCPA 15 U.S.C. sec 1692a(6).

18.Plaintiff re-alleges and incorporates paragraph 5-16. Based on the foregoing consumer credit reports. The Defendant Is violating FDCPA and

6

FCRA violations include but are not limited to the following: Clients Services Inc. violated 15 U.S.C. sec. 1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning consumer.

19. Plaintiff re-alleges and incorporates paragraph 5-16. Clients Services Inc. violated 15 U.S.C. sec. 1692d by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** Clients Services Inc.

20. Plaintiff re-alleges and incorporates paragraph 5-16. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). Clients Services Inc. is a furnisher of information within the  meaning of the FCRA 15 U.S.C. sec. 1681 s-2

21. Plaintiff re-alleges and incorporates paragraph 5-16. Plaintiff did not Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not Initiate firm offer of insurance with defendant. Plaintiff did not initiate

employment with defendant. Defendant was not directed by a court order to pull

plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act

reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

22.   Plaintiff re-alleges and incorporates paragraph 5-16. Based on the

foregoing consumer credit report. Defendant willfully violated the FCRA.

Defendant violations include, but are not limited to the following: Clients

Services Inc. willfully violated 15 U.S.C. sec. 1681b(f) by obtaining

plaintiff consumer report without a permissible purpose as defined by 15 U.S.C.

sec. 1681b

## THIRD CAUSE OF ACTION

Violation Civil Liabilities for non-compliance 15 U.S.C. sec. 1681 o, n

**(As against Defendant(s)**: Clients Services Inc.

23. Plaintiff re-alleges and incorporates paragraph 5 -16. Plaintiff is a

consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c).

Capital One Bank (USA) N.A. is a furnisher of information within the meaning

of the FCRA 15 U.S.C. sec. 1681 s-2

24.   Plaintiff re-alleges and incorporates paragraph 5-16.

Clients Services Inc. willful  procuring or causing to be procured an

investigative consumer report without clearly and accurately disclosing to

plaintiff that the report had been requested.

25.   Plaintiff re-alleges and incorporates paragraph 5-16. Clients Services

Inc. without informing plaintiff of the right to request disclosure in violation 15

U.S.C. sec 1681d q. Actions on the part of defendant demonstrates a

willful disregard for federal law and constitutes a blatant attempt to injure or

ruin the credit rating of plaintiff since defendant has demonstrated an inability

to validate the alleged debt and subsequently attempted coerce payment. 15

U.S.C sec. 1681 n

## V.   REQUEST FOR RELIEF

29.  That this court grant judgement against defendant for first claim for relief

1) Actual damages determined by jury 2.) Punitive & Statutory damages 15

U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, Rosenthal Act $1,000.00 per

statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

30.  That this court grants judgement against defendant

for: second claim for relief  1.) Actual damages to be

determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec.

1681b  $1000.00  3.) court fees and cost  4.) Any relief as court see fit.

9

31.  That this court grants judgment against Defendants for: Third claim for relief  1.) Actual damages to be determined by jury  2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o  $1,000.00  3.) court fees and cost. 4.) Any relief as court sees fit.

Date:  11 / 13 / 2013

Sign:  _____

Print Name:  KALImAN SarkAm

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury  trial on all issues raised in this complaint

Date:  11 · 13 · 2013

Sign:  _____

Print Name:  KAliman SarkAm

10

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 | 0027 |
| Certified Fee | $2.95 | 09 |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $3.40 | 08/28/2012 |

Sent To  CLisNT SErvices Inc.
Street, Apt. No.; or PO Box No.  3451 Harry S. Truma
City, State, ZIP+4  St. Charles, MO 63301

PS Form 3800, August 2006      See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 | 0711 |
| Certified Fee | $2.95 | 04 |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $3.40 | 08/25/2012 |

Sent To  Transunion Consumer Relations
Street, Apt. No.; or PO Box No.  P.O. box 2000
City, State, ZIP+4  Chester Pa 19022-2000

PS Form 3800, August 2006      See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 | 0711 |
| Certified Fee | $2.95 | 04 |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $3.40 | 08/25/2012 |

Sent To  Experian
Street, Apt. No.; or PO Box No.  P.O. Box 2002
City, State, ZIP+4  Allen, Tx 75013

PS Form 3800, August 2006      See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 | 0711 |
| Certified Fee | $2.95 | 04 |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $3.40 | 08/25/2012 |

Sent To  Equifax
Street, Apt. No.; or PO Box No.  P.O. Box 740256
City, State, ZIP+4  Atlanta GA 30374-256

PS Form 3800, August 2006      See Reverse for Instructions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Postmark Here — CRENSHAW STATION LOS ANGELES CA 90008 USPS SEP 2012

Sent To *Trans Union Consumer Relation*
Street, Apt. No.; or PO Box No. *P.O. Box 2000*
City, State, ZIP+4 *Chester PA 19022-2000*

PS Form 3800, August 2006                See Reverse for Instructions

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Postmark Here — CRENSHAW STATION LOS ANGELES CA 90008 USPS SEP 2012

Sent To *Experian*
Street, Apt. No.; or PO Box No. *P.O. Box 2002*
City, State, ZIP+4 *Allen, TX 75013*

PS Form 3800, August 2006                See Reverse for Instructions

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Postmark Here — DALE CA UNIT 11 USPS 91209 JAN 2

Sent To *Client Services Inc.*
Street, Apt. No.; or PO Box No. *3451 Harry S Truma*
City, State, ZIP+4 *St Charles, Mo 63301*

PS Form 3800, August 2006                See Reverse for Instructions



CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com₃

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | $3.10 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.56 |

Sent To
Client Services Inc.
Street, Apt. No.;
or PO Box No.
3451 Harry S. Truman
City, State, ZIP+4
St Charles MO 63301

PS Form 3800, August 2006        See Reverse for Instructions

GLENDALE CA UNIT 711
Postmark Here
USPS 91209

KALIMAN SARKAM
1316 TAMARIND AVENUE
HOLLYWOOD, CA 90028             CERTIFIED MAIL # 7010 0290 0003 3031 3440


CLIENT SERVICES INC.
3451 HARRY S. TRUMA
ST. CHARLES, MO 63301

AUGUST 25, 2012

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I recently requested my EQUIFAX, TRANSUNION, and EXPERIAN credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,


*KALIMAN SARKAM*
 (without prejudice)

KALIMAN SARKAM                              2ND LETTER
1316 TAMARIND AVENUE
HOLLYWOOD, CA 90028               CERTIFIED MAIL: 7011 3500 0002 3943 4882

CLIENT SERVICES INC.
3451 HARRY S. TRUMA
ST. CHARLES, MO 63301

JANUARY 25, 2013

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I am sending you a request to validate the unauthorized credit pull inquiry on: 07/10/2012 the Fair Debt Collection Practices Act and I have yet to hear from you regarding this matter. I feel as though I have given your organization ample time to resolve this questionable inquiry. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,

KALIMAN SARKAM
 (without prejudice)

KALIMAN SARKAM                2nd Letter
1316 TAMARIND AVE
HOLLYWOOD, CA 90028

                               CERTIFIED MAIL: 7011 1150 0001 1886 3630

CLIENT SERVICES INC.
3451 HARRY S. TRUMA
ST CHARLES, MO 63301

NOVEMBER 12, 2013
Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I am sending you a request to validate the unauthorized credit pull inquiry on: 07/10/2012 the Fair Debt Collection Practices Act and I have yet to hear from you regarding this matter. I feel as though I have given your organization ample time to resolve this questionable inquiry. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,

KALIMAN SARKAM
 (Without prejudice)

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

Kaliman Sarkam

**DEFENDANTS**

Client Services, Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

4420 Lexington Avenue #2
Los Angeles, CA 90029
213-840-5967

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 5,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FDCPA, FCRA, California Rosenthal

**VII. NATURE OF SUIT** (Place an X in one box only.)

☒ 480 Consumer Credit (among list of options)

**FOR OFFICE USE ONLY: Case Number:** _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

CV13-8432

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | St. Charles, Mo |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Calomen Saelam_  Date  11/13/2013

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |