1 | J. Grace Felipe (SBN: 190893)
  | Felipeg@cmtlaw.com
2 | Tamar Gabriel (SBN: 266860)
  | Gabrielt@cmtlaw.com
3 | Carlson & Messer LLP
  | 5959 West Century Blvd., Suite 1214
4 | Los Angeles, California 90045
  | (310) 242-2200 Telephone
5 | (310) 242-2222 Facsimile

6 | Attorneys for Defendant,
  | CLIENT SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| KALIMAN SARKAM, | Case No.: CV-13-8432 RGK (MANx) |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| CLIENT SERVICES, INC., | |
| Defendant. | |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a Motion to Dismiss within 45 days from the date of this notice.

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

{00012504;1}

07697.00

1

NOTICE OF SETTLEMENT
Case No. CV-13-8432 RGK (MANx)

| | | |
|---|---|---|
| 1 | DATED: December 23, 2013 | CARLSON & MESSER LLP |

By: /s/ Tamar Gabriel
J. Grace Felipe
Tamar Gabriel
Attorneys for Defendant,
CLIENT SERVICES, INC.

{00012504;1}

07697.00

2

NOTICE OF SETTLEMENT
Case No. CV-13-8432 RGK (MANx)

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            ) ss
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

On **December 23, 2013**, I served the foregoing document(s) described as: **NOTICE OF SETTLEMENT** on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[X]  **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]  **BY ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **BY FACSIMILE** – I transmitted via telecopier machine such document to the interested parties at the facsimile number(s) listed on the attached service list.

[ ]  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **23rd** day of **December, 2013** at Los Angeles, California.

_____
Linda Brooks

1

## SERVICE LIST
### Kaliman Sarkam v. Client Services, Inc.
File No. 07697.00

Kaliman Sarkam                                               **PLAINTIFF IN PRO SE**
4420 Lexington Avenue, #1
Los Angeles, CA 90029
Tele: (213) 840-5967