JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALIMAN SARKAM,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CLIENT SERVICES, INC.,<br><br>                    Defendant. | Case No.: CV-13-8432 RGK (MANx)<br><br>~~PROPOSED~~ **ORDER GRANTING STIPULATION TO DISMISS** |

The Court has reviewed the Stipulation of Plaintiff KALIMAN SARKAM and Defendant CLIENT SERVICES, INC., to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

///

///

{00012497;1}
07697.00

1

[PROPOSED] ORDER
Case No. CV-13-8432 RGK (MANx)

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED.**

DATED: January 17, 2014

_____
R. GARY KLAUSNER
United States District Judge